MACK TRUCKS, INC. v. W. B. LASATER.

(Filed 10 October 1962.)

APPEAL by defendant from *Sink, E. J.,* March 12, 1962, Special "A" Term, MECKLENBURG Superior Court.

This civil action originated as a claim and delivery proceeding instituted by the plaintiff to recover a specifically described Mack truck upon which it held a conditional sales contract. The respondent executed a replevy bond. By stipulation of the parties the only disputed issue of fact is the reasonable market value of the truck on

January 12, 1960, when the replevy bond was filed. The jury answered $4,500. Judgment was drawn, fixing the rights of the parties based on the jury's finding and taking into account stipulated matters. The defendant excepted and appealed.

*Francis M. Fletcher, Jr., for plaintiff, appellee.*
*Neill McK. Ross; Boyle, Alexander & Wade, for defendant, appellant.*

PER CURIAM. The parties stipulated the vehicle was reasonably worth $3,000 on November 14, 1960. The plaintiff introduced evidence the reasonable market value shortly before the seizure was $5,500. Apparently the defendant's son had been permitted to replevy the vehicle and retain possession until November 14, 1960. The defendant did not offer evidence. There is nothing in the record to indicate the vehicle was damaged or that its value changed other than by ordinary depreciation. The evidence was sufficient to support the verdict. The record disclosed

No error.